
RECEIVED
IN MONROE, LA
MAY 24 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| GUO ZHENG | CIVIL ACTION NO. 05-2022 |
| A 717 68 900 | SECTION P |
| VS. | JUDGE JAMES |
| JOHN MATA, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED WITHOUT PREJUDICE** as moot.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 23 day of May, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE